UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARISSA MELERO,<br><br>    Plaintiff,<br><br>    v.<br><br>GABRIEL RUIZ, et al.,<br><br>    Defendants. | Case No.  1:21-cv-01226-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 8.) |

Plaintiff Narissa Melero is proceeding pro se and in forma pauperis in this action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (Doc. 10.)

On December 13, 2021, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed for failure to prosecute and failure to comply with a court order.  (Doc. 8.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4-5.)  Plaintiff did not file objections or any other response to the findings and recommendations, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the

magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on December 13, 2021 (Doc. 8) are adopted in full; and
2. This action is dismissed without prejudice for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **January 25, 2022**

UNITED STATES DISTRICT JUDGE

2